# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510            Telephone: (212) 317-1200
New York, New York 10165                  Facsimile: (212) 317-1620

jandrophy@faillacelaw.com

March 6, 2020

**VIA ECF**

Hon. Debra C. Freeman
United States District Judge
United States District Court
500 Pearl Street
New York, NY 10007

> This case is stayed against defendant Mark Tamas in view of his bankruptcy filing.
> SO ORDERED.
>
>             /s/ John G. Koeltl
> New York, NY      John G. Koeltl
> July 15, 2020        U.S.D.J.

Re:     <u>Sirimungkla, et al v. Yuqi's Cuisine Inc., et al.</u>
           18-cv-8186 (DCF)

Dear Judge Freeman:

       I am an attorney representing plaintiffs Sutasinee Sirimungkla and Punsak Keawmanee in the above-referenced matter. I am writing to advise that defendant Mark Tamas has filed for Chapter 7 bankruptcy. Accordingly, the action should be stayed as against him.

       To my knowledge, no other defendant has filed for bankruptcy and the case should not be stayed as against any other defendant. The parties have executed a settlement agreement which we are submitting today for approval under separate cover.

       We thank the Court for its time and attention to this matter.

                                       Respectfully Submitted,

                                       <u>/s/Joshua S. Androphy</u>
                                       Joshua S. Androphy, Esq.

cc: Stephen Hans, Esq. (Via ECF)