**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
**SUTASINEE SIRIMUNGKLA ET AL.,**
                      Plaintiffs,                  18 **CIVIL** 8186 (JGK)

      -against-                  **RULE 54(b) JUDGMENT**

**YUQI'S CUISINE INC. ET AL.,**
                      Defendants.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memo-Endorsed Order dated July 15, 2020, the settlement is approved as fair, reasonable and adequate, including the provisions of attorney's fees; Judgment is entered in favor of the plaintiffs and against the defendants, except defendant Mark Tamas who has filed for bankruptcy, in the amount of $12,000 in accordance with the Settlement Agreement; pursuant to Fed. R. Civ. P. 54(b), there is no just reason to delay entering this judgment even though it does not dispose of the case against Mark Tamas.

**Dated:**  New York, New York
            July 16, 2020

                                                        **RUBY J. KRAJICK**
                                                        _____
                                                           Clerk of Court
                                              BY:
                                                           Deputy Clerk