UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SUTASINEE SIRIMUNGKLA, ET AL.,

               Plaintiffs,

       - against -

YUQI'S CUISINE INC., ET AL.,

               Defendants.

18-cv-8186 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a status report by July 29, 2021.

    SO ORDERED.

Dated:    New York, New York
            July 23, 2021

                                             /s/ John G. Koeltl
                                             John G. Koeltl
                                        United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/23/21

1