UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SUTASINEE SIRIMUNGKLA, ET AL.,

                Plaintiffs,

                18-cv-8186 (JGK)

    - against -

                ORDER

YUQI'S CUISINE INC., ET AL.,

                Defendants.

---

JOHN G. KOELTL, District Judge:

    The Court ordered the parties to submit a status report by July 29, 2021. No such report was submitted. The time to submit a status report is extended to August 13, 2021.

    SO ORDERED.

Dated:    New York, New York
          July 30, 2021

                                       /s/ John G. Koeltl
                                          John G. Koeltl
                                 United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/30/2021

1