```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
―――――――――――――――――――――――――――

SUTASINEE SIRIMUNGKLA ET AL.,
                Plaintiffs,         18 Civ. 8186 (JGK)

      - against -                    ORDER

YUQI'S CUISINE, INC. ET AL.,
                Defendants.
―――――――――――――――――――――――――――

**JOHN G. KOELTL, District Judge:**

    The plaintiff indicates that the case is being dismissed against Mark Tamas, the only remaining defendant. Therefore, the case is dismissed as to that defendant and the Clerk is directed to close this case.

SO ORDERED.
Dated:    New York, New York
          August 30, 2021

                                    /s/ John G. Koeltl
                                    John G. Koeltl
                                    United States District Judge